# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| KAREN DEW, on behalf of K.W., a minor, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ) | **CASE NO. 4:12-CV-129-D** |
| Acting Commissioner of Social Security, ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court denies Plaintiff's Motion for Remand [D.E. 3], Plaintiff's Motion for Judgment on the Pleadings [D.E. 26] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 30] is DENIED, and the action is REMANDED to the Commissioner under sentence four 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 27, 2013,** WITH A COPY TO:

Roberta L. Edwards (via CM/ECF electronic notification)
Jeannette M. Mandycz (via CM/ECF electronic notification)

| | |
|---|---|
| August 27, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |